ORIGINAL

FEB 21 2003

LUTHER D. Thomas, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN CONWAY FRITZ and )
VIRGINIA FRITZ, )
                      )
     Plaintiffs, )
                      )
vs.                 )   CIVIL ACTION
                      )   FILE NO: **1:03-CV-0492**
FORD MOTOR COMPANY, TRW )
AUTOMOTIVE, INC. and BREED )
TECHNOLOGIES, INC., )
                      )
     Defendants. )

*BBM*

### NOTICE OF REMOVAL

COMES NOW, Defendant, FORD MOTOR COMPANY, (hereinafter "Ford"), and hereby files this its Notice of Removal of this action from the State Court of Cobb County, Georgia, wherein it is now pending, to the District Court of the United States for the Northern District of Georgia, and shows the Court as follows:

1.

This action was filed by John Conway Fritz and Virginia Fritz who are, based upon information and belief, residents and citizens of the State of Georgia.

2.

Defendant Ford Motor Company is a foreign corporation organized under the laws of the State of Delaware with its principal place of business in the State of Michigan.

FORMS RECEIVED
Consent To US Mag.
Pretrial Instructions
Title VII MTD

3.

Defendant TRW is a foreign corporation organized under the laws of the State of Delaware with its principal place of business in the State of Michigan.

4.

Defendant Breed Technologies, Inc. is a foreign corporation organized under the laws of the State of Delaware with its principal place of business in Lakeland, Florida.

5.

This action was commenced on January 15, 2003 by the filing of the original Summons and Complaint in the State Court of Cobb County, Georgia. True and correct copies of the contents of the clerk's file in Cobb State Court (including Summons and Complaint) are attached hereto as Exhibit "A".

6.

Original Summons and Complaint was served on Defendant Ford on January 24, 2003.

7.

This removal is timely under 28 § 1446(b) because it has been filed within thirty (30) days after receipt by the first-served Defendant through service of the Plaintiffs' initial pleadings setting forth their claims for relief.

2

8.

The above-described action pending in the State Court of Cobb County is a civil action to recover compensatory and punitive damages against Defendants arising from alleged defects in a 1993 Ford Crown Victoria as a result of a motor vehicle accident that occurred on or about September 14, 2002.

9.

The Complaint alleged that Plaintiff John Conway Fritz, at the time of the accident, which is the subject of the Complaint, was driving the 1993 Crown Victoria.  Complaint, ¶ 13.

10.

Plaintiffs allege that TRW Automotive, Inc., Breed Technologies, Inc. and Ford Motor Company were negligent and strictly liable for the design, manufacture, inspection, testing and distribution of the vehicle and the driver's side airbag. Plaintiffs also claim that these Defendants are liable for punitive damages and loss of consortium.

11.

Plaintiffs seek damages in an unspecified amount allegedly adequate to compensate them for medical expenses, pain and suffering, lost past and future income and loss of consortium. Plaintiffs also seek an unspecified sum of punitive damages.

3

12.

The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

13.

Further, it is possible under Georgia law for a jury to award, if appropriate, punitive damages in an amount in excess of $75,000. See, Ryan v. State Farm Mut. Auto. Ins. Co., 934 F.2d 276 (11th Cir. 1991).

14.

As between the Plaintiff, and defendants (TRW Automotive, Inc., Breed Technologies, Inc. and Ford Motor Company), there exists complete diversity of citizenship under 28 U.S.C. § 1332(a) because Plaintiffs are not residents of the states of Florida, Delaware, or Michigan.

15.

This action is properly removed to this Court and this Court has jurisdiction in this case pursuant to 28 U.S.C. §§ 1332 and 1441, as amended, in that:

(a)   the alleged cause of action brought against Defendants is a suit between citizens of different states, and the amount in controversy is deemed to exceed $75,000.00, exclusive of interests and costs;

(b)   and, therefore, the entire case is appropriate for

4

removal to this Court wherein this Court may determine all issues or, in its discretion, may sever the alleged claim(s) and remand all matters not otherwise within its original jurisdiction.

16.

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the State Court of Cobb County, Georgia, and is being served on all parties to this lawsuit.

17.

Defendants TRW Automotive, Inc. and Breed Technologies, Inc. consent to this removal as evidenced by the Consent to Removal which is being filed contemporaneously and is attached hereto.

WHEREFORE, Petitioner Ford prays that this case proceed in this Court as a removed claim or cause of action under 28 U.S.C. §§ 1332 and 1441, as amended.

This ___21ST___ day of February, 2003.

MCKENNA LONG & ALDRIDGE LLP

_____
Charles K. Reed, Esq.
Georgia Bar No.: 597597

303 Peachtree Street
Suite 5300
Atlanta, Georgia 30308
(404) 527-4000

5

Civil Action No. **03-A-5.18-5**

Date Filed _____

**31609**

|  | Superior Court | ☐ | Magistrate Court | ☐ |
|---|---|---|---|---|
|  | State Court | ☒ | Probate Court | ☐ |
|  | Juvenile Court | ☐ |  |  |

Georgia, **COBB** COUNTY

**JOHN CONWAY FRITZ AND VIRGINIA FRITZ**

Attorney's Address

NIS T. CATHEY     **ARTHUR J. SIEGEL**
A J. BUCKO         **BOND, SCHOENECK & KING, LLP**
HEY & STRAIN       **111 WASHINGTON AVENUE**
. BOX 689          **ALBANY, NY 12210-2280**
NELIA, GA 30531

Name and Address of Party to be Served.

**FORD MOTOR COMPANY**
**REGISTERED AGENT: CORPORATION PROCESS COMPANY**
**180 CHEROKEE STREET, NE.**
**MARIETTA, GA 30060 (COBB COUNTY)**

Plaintiff

VS.

**FORD MOTOR COMPANY, TRW AUTOMOTIVE, INC.**
**AND BREED TECHNOLOGIES, INC.**

Defendant

RECEI... ... .. .. .. , 2003

Garnishee

## SHERIFF'S ENTRY OF SERVICE

I have this day served the defendant_____ personally with a copy
of the within action and summons.

I have this day served the defendant_____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____ described as follows:
age, about_____years; weight_____pounds; height, about_____feet and_____inches; domiciled at the residence of
defendant.

Served the defendant _Ford Motor Compan._____ a corporation
by leaving a copy of the within action and summons with_Donn.e/ Helhober_
in charge of the office and place of doing business of said Corporation in this County.

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said
affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the
defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

Diligent search made and defendant_____
not to be found in the jurisdiction of this Court.

This _24_ day of _Jonvary_, _2003_

_____
DEPUTY

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

JOHN CONWAY FRITZ and          :
VIRGINIA FRITZ                 :
                               :   CIVIL ACTION
    Plaintiffs               :
                               :
        VS.                :
                               :
FORD MOTOR COMPANY, TRW        :
AUTOMOTIVE, INC. and BREED     :
TECHNOLOGIES, INC.             :   FILE NO. 03A-268-5
                               :
    Defendants               :

## ORDER

    This case has come before the Court on Plaintiffs' Motion for Leave to Appear _Pro Hac Vice_. The Court, having considered the Motion and the Affidavit of Arthur J. Siegel attached thereto, along with all other matters of record, hereby grants Plaintiffs' Motion for Leave to have Arthur J. Siegel and the law firm of Bond, Schoeneck & King, LLP, appear _pro hac vice_ in this case.

    SO ORDERED this 24 day of _____ 2003.

                                     _____

Hon. David P. Darden
Judge, State Court, Cobb County
State of Georgia

# ATHEY & STRAIN

## ATTORNEYS AT LAW

649 IRVIN STREET

P. O. BOX 689

CORNELIA, GEORGIA 30531

DENNIS T. CATHEY
EDWARD E. STRAIN, III
DAVID A. SLEPPY
LISA J. BUCKO

TELEPHONE 706-778-2601
TELECOPIER 706-776-2899

January 21, 2003

Hon. David P. Darden
Judge, State Court
State Court Building
12 East Park Square
Marietta, GA 30090

Re:  **John Conway Fritz and Virginia Fritz v.**
**Ford Motor Company, et al**
**Civil Action No. 03A-268-5**
**State Court of Cobb County**

Dear Judge Darden:

We represent the Plaintiffs in the above-styled action. In connection with that matter, enclosed is a courtesy copy of Plaintiffs' Motion for Leave to Appear Pro Hac Vice and a supporting Affidavit of Arthur J. Siegel. In addition, we are enclosing a proposed Order granting the Motion. If the Order meets with your approval, please sign and enter same. We are enclosing for the Clerk's convenience a self-addressed postage prepaid envelope for her ease in returning a copy of the entered Order to us.

Please call with any questions you may have. Thank you very much for your time and attention to this matter.

Yours very truly,

Dennis T. Cathey

DTC/kmc

Enclosures

cc:  Mr. Arthur J. Siegel

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

JOHN CONWAY FRITZ and                    :
VIRGINIA FRITZ                           :
                                         :   CIVIL ACTION
        Plaintiffs                       :
                                         :
            VS.                          :
                                         :
FORD MOTOR COMPANY, TRW                  :
AUTOMOTIVE, INC. and BREED               :
TECHNOLOGIES, INC.                       :   FILE NO. 03A-268-5
                                         :
        Defendants                       :

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Plaintiffs respectfully request that ARTHUR J. SIEGEL, Bond, Schoeneck & King, LLP, 111 Washington Avenue, Albany, New York, 12210-2280, be permitted to participate before this Court in this limited matter. In support of their Motion, Plaintiffs submit the attached Affidavit of Arthur J. Siegel and show the Court as follows:

1.

That Arthur J. Siegel is a member in good standing of the Bar of the State of New York, the United States District Court for the Northern District of New York, the Second Circuit Court of Appeals, the Court of Federal Claims and the United States Supreme Court.

2.

That Plaintiffs have requested the services of Arthur J. Siegel to serve as counsel in this matter.

3.

That Plaintiffs have obtained local counsel to assist them and Mr. Siegel in this matter, to-wit: Dennis T. Cathey (Georgia Bar No. 116600), Lisa J. Bucko (Georgia Bar No. 093160), Cathey &

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

JOHN CONWAY FRITZ and : 
VIRGINIA FRITZ :
 : CIVIL ACTION
Plaintiffs :
 :
vs. :
 :
FORD MOTOR COMPANY, TRW :
AUTOMOTIVE, INC. and BREED :
TECHNOLOGIES, INC. : FILE NO. 03A-268-5
 :
Defendants :

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Plaintiffs respectfully request that ARTHUR J. SIEGEL, Bond, Schoeneck & King, LLP, 111 Washington Avenue, Albany, New York, 12210-2280, be permitted to participate before this Court in this limited matter. In support of their Motion, Plaintiffs submit the attached Affidavit of Arthur J. Siegel and show the Court as follows:

1.

That Arthur J. Siegel is a member in good standing of the Bar of the State of New York, the United States District Court for the Northern District of New York, the Second Circuit Court of Appeals, the Court of Federal Claims and the United States Supreme Court.

2.

That Plaintiffs have requested the services of Arthur J. Siegel to serve as counsel in this matter.

3.

That Plaintiffs have obtained local counsel to assist them and Mr. Siegel in this matter, to-wit: Dennis T. Cathey (Georgia Bar No. 116600), Lisa J. Bucko (Georgia Bar No. 093160), Cathey &

Strain, P.O. Box 689, Cornelia, Georgia, 30531, Telephone No. 706-778-2601.

WHEREFORE, Plaintiffs request that their motion be granted and that Arthur J. Siegel be permitted to participate before this Court in the above-styled case.

This _21st_ day of January, 2003.

CATHEY & STRAIN
P.O. Box 689
Cornelia, GA 30531
(706) 778-2601

_____
DENNIS T. CATHEY
STATE BAR NO. 116600

_____
LISA J. BUCKO
STATE BAR NO. 093160

**ATTORNEYS FOR PLAINTIFFS**

## AFFIDAVIT OF ARTHUR J. SIEGEL

STATE OF NEW YORK

COUNTY OF ALBANY

Arthur J. Siegel, being first duly sworn on his oath, states that, if called to testify, he would testify to the following facts of his own personal knowledge:

1.

That he is a member in good standing of the Bar of the State of New York (State Bar No. 1963859), the United States District Court for the Northern District of New York, the Second Circuit Court of Appeals, the Court of Federal Claims, and the United States Supreme Court.

2.

That he is a member of the law firm of Bond, Schoeneck & King, LLP, located at 111 Washington Avenue, Albany, New York, 12210-2280.

3.

That no disciplinary actions are pending against him before any State or Federal Court or Bar Association.

4.

That he has not appeared as counsel in other cases filed in this Court.

Further Affiant sayeth not.

This 15th day of January, 2003. _____

Arthur J. Siegel - Affiant

Sworn to and subscribed before me this
15th day of January, 2003.

_____
Notary Public
My commission expires: 7/31/06

MARGRET L. COAGER
Notary Public, State of New York
Qualified in Rensselaer Co. No. 4768047
Commission Expires July 31, 2006

131526 1 1/15/2003

Strain, P.O. Box 689, Cornelia, Georgia, 30531, Telephone No. 706-778-2601.

WHEREFORE, Plaintiffs request that their motion be granted and that Arthur J. Siegel be permitted to participate before this Court in the above-styled case.

This _21st_ day of January, 2003.

CATHEY & STRAIN
P.O. Box 689
Cornelia, GA 30531
(706) 778-2601

DENNIS T. CATHEY
STATE BAR NO. 116600

LISA J. BUCKO
STATE BAR NO. 093160

**ATTORNEYS FOR PLAINTIFFS**

## AFFIDAVIT OF ARTHUR J. SIEGEL

STATE OF NEW YORK

COUNTY OF ALBANY

Arthur J. Siegel, being first duly sworn on his oath, states that, if called to testify, he would testify to the following facts of his own personal knowledge:

1.

That he is a member in good standing of the Bar of the State of New York (State Bar No. 1963859), the United States District Court for the Northern District of New York, the Second Circuit Court of Appeals, the Court of Federal Claims, and the United States Supreme Court.

2.

That he is a member of the law firm of Bond, Schoeneck & King, LLP, located at 111 Washington Avenue, Albany, New York, 12210-2780.

3.

That no disciplinary actions are pending against him before any State or Federal Court or Bar Association.

4.

That he has not appeared as counsel in other cases filed in this Court.

Further Affiant sayeth not.

This 15th day of January, 2003.

Arthur J. Siegel - Affiant

Sworn to and subscribed before me this
15th day of January, 2003.

Notary Public
My commission expires: 7/31/04

MARGRET L. COAGER
Notary Public, State of New York
Qualified in Rensselaer Co. No. 4768047
Commission Expires July 31, 2004

131526 1 1/15/2003

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

JOHN CONWAY FRITZ AND
VIRGINIA FRITZ

CASE NO. 2003A 2685

$78 DEPOSIT PAID

PLAINTIFF

Vs

FORD MOTOR COMPANY, TRW
AUTOMOTIVE, INC. AND
BREED TECHNOLOGIES, INC.

| TYPE OF SUIT: | | AMOUNT OF SUIT | |
|---|---|---|---|
| Account | ☐ | Principal | $ |
| Contract | ☐ | Interest | $ |
| Note | ☐ | Attys. Fees | $ |
| Tort | XXX | Court Costs | $ 0.00 |

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the CLERK of said court and serve upon the Plaintiff's attorney or upon Plaintiff if no attorney, to wit, whose name and address is:

DENNIS T. CATHEY
LISA J. BUCKO
CATHEY & STRAIN
P.O. BOX 689
CORNELIA, GA 30531

ARTHUR J. SIEGEL
BOND, SCHOENECK & KING, LLP
111 WASHINGTON AVENUE
ALBANY, NY 12210-2280

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. NOTE: Any corporate party served must be represented by a licensed attorney at law. (see Eckles v. Atlanta Technology Group, 267 Ga. 801)

This _____ 1-15-03 _____
(Date)

_Diane Graham_

Clerk
State Court of Cobb County

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

JOHN CONWAY FRITZ and          :
VIRGINIA FRITZ                 :
                               :   CIVIL ACTION
        Plaintiffs             :
                               :
        VS.                    :
                               :
FORD MOTOR COMPANY, TRW        :
AUTOMOTIVE, INC. and BREED     :
TECHNOLOGIES, INC.             :   FILE NO. _03·A·2108·5_
                               :
        Defendants             :

## COMPLAINT FOR DAMAGES

Come now Plaintiffs and file their complaint against Defendants FORD MOTOR COMPANY (hereinafter "Ford"), TRW AUTOMOTIVE, INC. (hereinafter "TRW"), and BREED TECHNOLOGIES, INC. (hereinafter "BREED"), as follows:

### JURISDICTION

1.

At all times relevant herein, Plaintiffs were and are residents of Cobb County, Georgia.

2.

Defendant FORD is licensed to do business in the State of Georgia. FORD's registered agent is located in Cobb County, Georgia, and therefore FORD is subject to the jurisdiction and venue of this Court. FORD may be served by serving its registered agent as follows: Corporation Process Company, 180 Cherokee Street, N.E., Marietta, Georgia, 30060.

3.

Defendant TRW has its principal place of business in Livonia, Michigan. Defendant TRW is subject to the jurisdiction and venue of

this Court as a joint tortfeasor for reasons set forth below. This defendant may be served by serving its registered agent as follows: William B. Lawrence, TRW AUTOMOTIVE, INC., Cleveland, Ohio, 44124-2760.

4.

Defendant BREED has its principal place of business in Lakeland, Florida. Defendant BREED is subject to the jurisdiction and venue of this Court as a joint tortfeasor for reasons set forth below. Service of this Complaint may be made on BREED's registered agent as follows: Stuart D. Boyd, 5300 Allen K. Breed Highway, Lakeland, Florida, 33811.

FACTS

5.

Defendant FORD is engaged in the business of designing, assembling, manufacturing and selling automobiles to ultimate consumers and users, including Plaintiffs.

6.

Defendant FORD designs, assembles, manufactures and sells in its automobile, or causes to be designed, assembled, manufactured and sold in its automobiles, occupant restraint and protection systems, including but not limited to airbags, seatbelts, seat assemblies, bolsters, surrounding interior and all component parts relating thereto (hereinafter collectively referred to as "occupant protection system") for the protection of vehicle occupants.

7.

Defendant TRW designs, assembles, manufactures, and sells or

-2-

causes to be designed, assembled, manufactured or sold, occupant protection systems for the protection of vehicle occupants.

8.

Defendant BREED designs and manufactures airbags for the protection of vehicle occupants.

9.

Defendant FORD designed, manufactured, advertised, marketed, sold and placed into the stream of commerce a 1993 Ford Crown Victoria, Vehicle Identification No. 2FACP74W5PX132785 (hereinafter "the vehicle").

10.

Defendants TRW and BREED designed, manufactured, advertised, marketed, sold and placed into the stream of commerce the occupant protection system which was incorporated into the vehicle.

11.

The vehicle was first sold and delivered for use by a consumer on February 4, 1993.

12.

Plaintiff JOHN CONWAY FRITZ, at all times relevant herein, was the lawful owner and driver of the vehicle.

13.

On or about September 14, 2002, Mr. Fritz, while properly wearing his seatbelt, was lawfully driving the vehicle eastbound on Jamerson Road in Marietta, Georgia at a very low rate of speed when the vehicle left the road surface and came to a stop in a drainage ditch.

-3-

14.

Mr. Fritz came into violent contact with a deploying airbag, which caused him to sustain serious and permanent injuries.

### STRICT LIABILITY

15.

Defendant FORD designed, manufactured, advertised, marketed, sold and placed into the stream of commerce the vehicle when it was not merchantable nor reasonably suited to the use for which it was intended and was otherwise defective and unreasonably dangerous. The vehicle was in this condition when it left FORD's possession, and the defective nature of the vehicle was the proximate cause of Plaintiffs' injuries.

16.

Defendants TRW and BREED designed, manufactured, advertised, marketed, sold and placed into the stream of commerce the occupant protection system which was incorporated into the vehicle when the occupant protection system was not merchantable nor reasonably suited to the use for which it was intended and was otherwise defective and unreasonably dangerous. The occupant protection system was in this condition when it left the possession of Defendant TRW and Defendant BREED, and the defective nature of the occupant protection system was the proximate cause of Plaintiffs' injuries.

17.

The vehicle and its occupant protection system were defectively manufactured. Rather than protecting the occupant, the

-4-

airbag deployed in a very low impact collision and caused severe injuries to Mr. Fritz.

18.

At all times relevant herein, Plaintiff was using the vehicle and its occupant protection system for the uses and purposes for which they were designed, manufactured, assembled, equipped, tested, inspected, serviced, maintained, repaired, and sold, in the manner in which they were intended to be used, and within the reasonable contemplation of Defendants.

19.

Defendants knew or should have known that it was essential to provide an occupant protection system that would not cause severe injury in a very low impact collision.

20.

Under these circumstances, the Defendants are strictly liable to Plaintiffs.

<u>NEGLIGENCE</u>

21.

Defendants were negligent in several ways, including but not limited to the following:

(a)  in failing to employ that degree of care which is required of a reasonably prudent designer, manufacturer and seller in the design, manufacture, advertisement, marketing, sale and placement into the stream of commerce of the vehicle and its occupant protection system;

(b)  in failing to adequately instruct and/or warn of the

-5-

potential danger(s) posed by the vehicle and its occupant protection system, particularly the fact that the occupant protection system could cause severe injury to an occupant in a low impact collision; and

(c)   these negligent acts and/or omissions proximately caused Plaintiffs' injuries.

<u>JOINT AND SEVERAL LIABILITY</u>

22.

The above-described combined acts and/or omissions, jointly and severally, constitute the proximate cause of the incident in question and the Plaintiffs' injuries and damages.

<u>COMPENSATORY DAMAGES</u>

23.

As a result of the negligent acts and omissions described above, Mr. Fritz sustained serious and permanent injuries, suffered and will continue to suffer significant physical and mental pain and suffering, and suffered and will continue to suffer great emotional distress.

24.

As a further result of the negligence described above, Plaintiffs incurred and will continue to incur significant medical expenses in connection with the care and treatment of Mr. Fritz.

25.

As a further result of the negligence described above, Mr. Fritz suffered and will continue to suffer, a loss of earnings and a loss of earning capacity.

-6-

## PUNITIVE DAMAGES

### 26.

At some time prior to September 14, 2002, the Defendants obtained actual knowledge of the defective condition of the vehicle, including its occupant protection system, and had actual knowledge of the dangers posed by the deployment of the airbag and the operation of the occupant protection system in the event of a collision.

### 27.

The Defendant's failure under these circumstances to warn the public, including Plaintiffs, of the danger of the vehicle and its occupant protection system, shows willful misconduct, wantonness, oppression, or that entire want of care which raises the presumption of conscious indifference to consequences. Accordingly, Plaintiffs seek punitive damages pursuant to O.C.G.A. § 51-12-5.1.

## LOSS OF CONSORTIUM

### 28.

At all times relevant to this action, Plaintiff JOHN CONWAY FRITZ AND VIRGINIA FRITZ were married. As a result of the negligence described above and the injuries sustained by Mr. Fritz, Plaintiff VIRGINIA FRITZ lost the services, consortium and companionship of her husband.

WHEREFORE, Plaintiffs demand a trial by jury and judgment against the Defendants in such an amount as the jury finds to be just and equitable. Plaintiffs further demand the cost of this action and such other relief as the Court finds just and equitable.

-7-

CATHEY & STRAIN
P.O. Box 689
Cornelia, GA 30531
(706) 778-2601

_Dennis T. Cathey_

DENNIS T. CATHEY
STATE BAR NO. 116600
LISA J. BUCKO
STATE BAR NO. 093160


ARTHUR J. SIEGEL
Bond, Schoeneck & King, LLP
111 Washington Avenue
Albany, New York 12210-2280
(518) 462-7421


**ATTORNEYS FOR PLAINTIFFS**

-8-

# CLERK OF THE STATE COURT OF COBB COUNTY
## CIVIL CASE INITIATION FORM
### AND
### GENERAL CIVIL CASE FILING INFORMATION FORM

*CASE NUMBER* 2003A 2608-5

*PLEASE PRINT OR TYPE*

All parties and addresses must be included. *(Please attach additional sheet if necessary)*

**PLAINTIFF(S)** (full name of plaintiff(s) and address(s)):
JOHN CONWAY FRITZ AND
VIRGINIA FRITZ

3840-802 Jiles Road

Kennesaw, GA 30144

*No. of Plaintiff's*  **2**

**DEFENDANT(S)** (full name of defendant(s) and address(s))
FORD MOTOR COMPANY
c/o Corporation Process Company
180 Cherokee Street, N.E.
Marietta, GA 30060

(see attached for additional defendants)

*No. of Defendants*  **3**

## Case Type
(Please check)

| | | |
|---|---|---|
| ☐ Abandoned Motor Vehicle (SA) | ☐ Foreclosure-Personal Property (SM) | ☐ Paternity (SZ) |
| ☐ Account (SB) | ☐ Immediate Writ of Possession (SO) | ☐ Personal Injury-Tort (TA) |
| ☐ Contract (SH) | ☐ Malpractice-Tort(SS) | ☒ Products Liability (TC) |
| ☐ Discovery (TK) | ☐ Mechanics Lien (ST) | ☐ Tort-Other (TG) |
| ☐ Distress (SI) | ☐ Medical Malpractice-Tort (SU) | ☐ Trover (TI) |
| ☐ Domestic Foreign Judgment (SJ) | ☐ Minor Settlement (SV) | ☐ Wrongful Death-Tort (TT) |
| ☐ Enforcement of Foreign Judgment (SK) | ☐ Note (SW) | |
| ☐ Dispossessory/Distress (SL/TT) | | |
| ☐ Garnishment (Continuing (SG), Regular (SN), Child support (SF) | | |
| ☐ Other Cause of Action (cite GA statute or give brief description) _____ | | |

**Does this case involve the same parties, or the same subject matter, or the same factual issues as any other case filed in this court?** **(Whether pending simultaneously or not.)** ☐ Yes ☒ No

If yes, please fill out the following:
1. **Case Number** _____
2. **Parties** _____  **VS** _____
3. **Assigned Judge** _____

☒**ATTORNEY**    OR    ☐**PRO SE'**
(Name, Address, Phone Number and **Bar Number**)
Dennis T. Cathey Bar No. 116600
Lisa J. Bucko Bar No. 093160
Cathey & Strain
P.O. Box 689
Cornelia, GA 30531    706-778-2601

ARTHUR J. SIEGEL
BOND, SCHOENECK & KING, LLP
111 WASHINGTON AVENUE
ALBANY, NY 12210-2280
TELEPHONE: 518-462-7421

**THIS DATA IS RELIED UPON FOR ACCURACY WHEN ENTERING INTO THE JUDICIAL SYSTEM DATABASE.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Notice of Removal in Courier New 12 point font upon all parties to this matter via U.S. Mail, postage prepaid to ensure delivery as follows:

        Dennis T. Cathey, Esq.
        Cathey & Strain
        P.O. Box 689
        Cornelia, Georgia 30531

        Arthur J. Siegel, Esq.
        Bond, Schoeneck & King, LLP
        111 Washington Avenue
        Albany, New York 12210-2280

This _21st_ day of February, 2003.


                            _____
                            Charles K. Reed, Esq.

4528920

# ORIGINAL

IN THE UNITED STATES DISTRICT COURT   FILED IN CLERK'S OFFICE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEB 2 1 2003

JOHN CONWAY FRITZ and          )
VIRGINIA FRITZ,                )
                               )          LUTHER D. THOMAS, Clerk
       Plaintiffs,             )          By _____ Deputy Clerk
                               )
vs.                            )          CIVIL ACTION
                               )          FILE NO: 1:03-CV-0492
FORD MOTOR COMPANY, TRW        )
AUTOMOTIVE, INC. and BREED     )          BBM
TECHNOLOGIES, INC.,            )
                               )
       Defendants.             )


IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

JOHN CONWAY FRITZ and          )
VIRGINIA FRITZ,                )
                               )
       Plaintiffs,             )
                               )
vs.                            )          CIVIL ACTION
                               )          FILE NO: 03-A-268-5
FORD MOTOR COMPANY, TRW        )
AUTOMOTIVE, INC. and BREED     )
TECHNOLOGIES, INC.,            )
                               )
       Defendants.             )


## NOTICE OF FILING NOTICE OF REMOVAL


TO:   John Conway Fritz and Virginia Fritz
      Through their attorneys
      Dennis T. Cathey, Esq.
      Cathey & Strain
      P.O. Box 689
      Cornelia, Georgia 30531

Arthur J. Siegel, Esq.
Bond, Schoeneck & King, LLP
111 Washington Avenue
Albany, New York 12210-2280

Pursuant to 28 U.S.C. § 1446, you are hereby notified of the filing of a Notice of Removal in the above-described case, a copy of which is attached hereto.

This _21ST_ day of February, 2003.

                              MCKENNA LONG & ALDRIDGE LLP

                              _____
                              Charles K. Reed, Esq.
                              Georgia Bar No.:  597597

303 Peachtree Street
Suite 5300
Atlanta, Georgia 30308
Telephone:  (404) 527-4000
Facsimile:  (404) 527-4198

                              Counsel for Ford Motor Company

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN CONWAY FRITZ and )
VIRGINIA FRITZ, )
     )
     Plaintiffs, )
     )
vs. )    CIVIL ACTION
     )    FILE NO:_____
FORD MOTOR COMPANY, TRW )
AUTOMOTIVE, INC. and BREED )
TECHNOLOGIES, INC., )
     )
     Defendants. )

## NOTICE OF REMOVAL

COMES NOW, Defendant, FORD MOTOR COMPANY, (hereinafter "Ford"), and hereby files this its Notice of Removal of this action from the State Court of Cobb County, Georgia, wherein it is now pending, to the District Court of the United States for the Northern District of Georgia, and shows the Court as follows:

1.

This action was filed by John Conway Fritz and Virginia Fritz who are, based upon information and belief, residents and citizens of the State of Georgia.

2.

Defendant Ford Motor Company is a foreign corporation organized under the laws of the State of Delaware with its principal place of business in the State of Michigan.

3.

Defendant TRW is a foreign corporation organized under the laws of the State of Delaware with its principal place of business in the State of Michigan.

4.

Defendant Breed Technologies, Inc. is a foreign corporation organized under the laws of the State of Delaware with its principal place of business in Lakeland, Florida.

5.

This action was commenced on January 15, 2003 by the filing of the original Summons and Complaint in the State Court of Cobb County, Georgia. True and correct copies of the contents of the clerk's file in Cobb State Court (including Summons and Complaint) are attached hereto as Exhibit "A".

6.

Original Summons and Complaint was served on Defendant Ford on January 24, 2003.

7.

This removal is timely under 28 § 1446(b) because it has been filed within thirty (30) days after receipt by the first-served Defendant through service of the Plaintiffs' initial pleadings setting forth their claims for relief.

2

8.

The above-described action pending in the State Court of Cobb County is a civil action to recover compensatory and punitive damages against Defendants arising from alleged defects in a 1993 Ford Crown Victoria as a result of a motor vehicle accident that occurred on or about September 14, 2002.

9.

The Complaint alleged that Plaintiff John Conway Fritz, at the time of the accident, which is the subject of the Complaint, was driving the 1993 Crown Victoria.  Complaint, ¶ 13.

10.

Plaintiffs allege that TRW Automotive, Inc., Breed Technologies, Inc. and Ford Motor Company were negligent and strictly liable for the design, manufacture, inspection, testing and distribution of the vehicle and the driver's side airbag. Plaintiffs also claim that these Defendants are liable for punitive damages and loss of consortium.

11.

Plaintiffs seek damages in an unspecified amount allegedly adequate to compensate them for medical expenses, pain and suffering, lost past and future income and loss of consortium. Plaintiffs also seek an unspecified sum of punitive damages.

3

12.

The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

13.

Further, it is possible under Georgia law for a jury to award, if appropriate, punitive damages in an amount in excess of $75,000. See, Ryan v. State Farm Mut. Auto. Ins. Co., 934 F.2d 276 (11th Cir. 1991).

14.

As between the Plaintiff, and defendants (TRW Automotive, Inc., Breed Technologies, Inc. and Ford Motor Company), there exists complete diversity of citizenship under 28 U.S.C. § 1332(a) because Plaintiffs are not residents of the states of Florida, Delaware, or Michigan.

15.

This action is properly removed to this Court and this Court has jurisdiction in this case pursuant to 28 U.S.C. §§ 1332 and 1441, as amended, in that:

(a)  the alleged cause of action brought against Defendants is a suit between citizens of different states, and the amount in controversy is deemed to exceed $75,000.00, exclusive of interests and costs;

(b)  and, therefore, the entire case is appropriate for

4

removal to this Court wherein this Court may determine all issues or, in its discretion, may sever the alleged claim(s) and remand all matters not otherwise within its original jurisdiction.

16.

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the State Court of Cobb County, Georgia, and is being served on all parties to this lawsuit.

17.

Defendants TRW Automotive, Inc. and Breed Technologies, Inc. consent to this removal as evidenced by the Consent to Removal which is being filed contemporaneously and is attached hereto.

WHEREFORE, Petitioner Ford prays that this case proceed in this Court as a removed claim or cause of action under 28 U.S.C. §§ 1332 and 1441, as amended.

This ___21 st___ day of February, 2003.

MCKENNA LONG & ALDRIDGE LLP

_Alex by FN of permission_

Charles K. Reed, Esq.
Georgia Bar No.: 597597

303 Peachtree Street
Suite 5300
Atlanta, Georgia 30308
(404) 527-4000

5

Civil Action No. _03-A-2-8-5_

Date Filed _____

_31609 4_

| | Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Georgia, _____COBB_____COUNTY

JOHN CONWAY FRITZ AND VIRGINIA FRITZ

Attorney's Address

S T. CATHEY    ARTHUR J. SIEGEL
J. BUCKO       BOND, SCHOENECK & KING, LLP
Y & STRAIN     111 WASHINGTON AVENUE
BOX 689        ALBANY, NY 12210-2280
LIA, GA 30531

_____ Plaintiff

VS.

FORD MOTOR COMPANY, TRW AUTOMOTIVE, INC.
AND BREED TECHNOLOGIES, INC.

Name and Address of Party to be Served.

FORD MOTOR COMPANY
REGISTERED AGENT: CORPORATION PROCESS COMPANY
180 CHEROKEE STREET, NE.
MARIETTA, GA 30060 (COBB COUNTY)

RECEIVED ___ 6 2003 _____ Defendant

_____ Garnishee

### SHERIFF'S ENTRY OF SERVICE

I have this day served the defendant_____ personally with a copy
of the within action and summons.

I have this day served the defendant_____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____ described as follows:
age, about_____ years; weight_____ pounds; height, about_____ feet and_____ inches, domiciled at the residence of
defendant.

Served the defendant _Ford Motor Company_ _a corporation
by leaving a copy of the within action and summons with_ _Donald Helhober_
in charge of the office and place of doing business of said Corporation in this County.

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said
affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the
defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

Diligent search made and defendant_____
not to be found in the jurisdiction of this Court.

This _24_ day of _Jenvary_, _2003_

_____
DEPUTY

SHERIFF DOCKET_____ PAGE_____

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

JOHN CONWAY FRITZ and
VIRGINIA FRITZ                          :
                                        :
                                        :   CIVIL ACTION
        Plaintiffs                      :
                                        :
            vs.                         :
                                        :
                                        :
FORD MOTOR COMPANY, TRW                 :
AUTOMOTIVE, INC. and BREED              :
TECHNOLOGIES, INC.                      :   FILE NO. 03A-268-5
                                        :
        Defendants                      :

## ORDER

    This case has come before the Court on Plaintiffs' Motion for
Leave to Appear <u>Pro Hac Vice</u>. The Court, having considered the
Motion and the Affidavit of Arthur J. Siegel attached thereto,
along with all other matters of record, hereby grants Plaintiffs'
Motion for Leave to have Arthur J. Siegel and the law firm of Bond,
Schoeneck & King, LLP, appear <u>pro hac vice</u> in this case.

    SO ORDERED this __24__ day of _____, 2003.

_____
Hon. David P. Darden
Judge, State Court, Cobb County
State of Georgia

# ʃTHEY & STRAIN

### ATTORNEYS AT LAW

#### 649 IRVIN STREET

#### P. O. BOX 689

### CORNELIA, GEORGIA 30531

DENNIS T. CATHEY
EDWARD E. STRAIN, III
DAVID A. SLEPPY
LISA J. BUCKO

TELEPHONE 706-778-2601
TELECOPIER 706-776-2899

January 21, 2003

Hon. David P. Darden
Judge, State Court
State Court Building
12 East Park Square
Marietta, GA 30090

    **Re:  John Conway Fritz and Virginia Fritz v.**
       **Ford Motor Company, et al**
       **Civil Action No. 03A-268-5**
       **State Court of Cobb County**

Dear Judge Darden:

We represent the Plaintiffs in the above-styled action. In connection with that matter, enclosed is a courtesy copy of Plaintiffs' Motion for Leave to Appear <u>Pro</u> <u>Hac</u> <u>Vice</u> and a supporting Affidavit of Arthur J. Siegel. In addition, we are enclosing a proposed Order granting the Motion. If the Order meets with your approval, please sign and enter same. We are enclosing for the Clerk's convenience a self-addressed postage prepaid envelope for her ease in returning a copy of the entered Order to us.

Please call with any questions you may have. Thank you very much for your time and attention to this matter.

        Yours very truly,

        Dennis T. Cathey

DTC/kmc

Enclosures

cc:  Mr. Arthur J. Siegel

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

JOHN CONWAY FRITZ and    :
VIRGINIA FRITZ    :
         :  CIVIL ACTION
    Plaintiffs    :
         :
      vs.    :
         :
FORD MOTOR COMPANY, TRW    :
AUTOMOTIVE, INC. and BREED    :
TECHNOLOGIES, INC.    :  FILE NO. 03A-268-5
         :
    Defendants    :

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Plaintiffs respectfully request that ARTHUR J. SIEGEL, Bond, Schoeneck & King, LLP, 111 Washington Avenue, Albany, New York, 12210-2280, be permitted to participate before this Court in this limited matter. In support of their Motion, Plaintiffs submit the attached Affidavit of Arthur J. Siegel and show the Court as follows:

1.

That Arthur J. Siegel is a member in good standing of the Bar of the State of New York, the United States District Court for the Northern District of New York, the Second Circuit Court of Appeals, the Court of Federal Claims and the United States Supreme Court.

2.

That Plaintiffs have requested the services of Arthur J. Siegel to serve as counsel in this matter.

3.

That Plaintiffs have obtained local counsel to assist them and Mr. Siegel in this matter, to-wit: Dennis T. Cathey (Georgia Bar No. 116600), Lisa J. Bucko (Georgia Bar No. 093160), Cathey &

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

JOHN CONWAY FRITZ and
VIRGINIA FRITZ                    :
                                  :
        Plaintiffs                :   CIVIL ACTION
                                  :
        VS.                       :
                                  :
FORD MOTOR COMPANY, TRW           :
AUTOMOTIVE, INC. and BREED        :
TECHNOLOGIES, INC.                :   FILE NO. 03A-268-5
                                  :
        Defendants                :

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Plaintiffs respectfully request that ARTHUR J. SIEGEL, Bond,

Schoeneck & King, LLP, 111 Washington Avenue, Albany, New York,

12210-2280, be permitted to participate before this Court in this

limited matter. In support of their Motion, Plaintiffs submit the

attached Affidavit of Arthur J. Siegel and show the Court as

follows:

1.

That Arthur J. Siegel is a member in good standing of the Bar

of the State of New York, the United States District Court for the

Northern District of New York, the Second Circuit Court of Appeals,

the Court of Federal Claims and the United States Supreme Court.

2.

That Plaintiffs have requested the services of Arthur J.

Siegel to serve as counsel in this matter.

3.

That Plaintiffs have obtained local counsel to assist them and

Mr. Siegel in this matter, to-wit: Dennis T. Cathey (Georgia Bar

No. 116600), Lisa J. Bucko (Georgia Bar No. 093160), Cathey &

Strain, P.O. Box 689, Cornelia, Georgia, 30531, Telephone No. 706-778-2601.

WHEREFORE, Plaintiffs request that their motion be granted and that Arthur J. Siegel be permitted to participate before this Court in the above-styled case.

This 21st day of January, 2003.

CATHEY & STRAIN
P.O. Box 689
Cornelia, GA 30531
(706) 778-2601

_____
DENNIS T. CATHEY
STATE BAR NO. 116600

_____
LISA J. BUCKO
STATE BAR NO. 093160

**ATTORNEYS FOR PLAINTIFFS**

<u>AFFIDAVIT OF ARTHUR J. SIEGEL</u>

STATE OF NEW YORK

COUNTY OF ALBANY

Arthur J. Siegel, being first duly sworn on his oath, states that, if called to testify, he would testify to the following facts of his own personal knowledge:

1.

That he is a member in good standing of the Bar of the State of New York (State Bar No. 1963859), the United States District Court for the Northern District of New York, the Second Circuit Court of Appeals, the Court of Federal Claims, and the United States Supreme Court.

2.

That he is a member of the law firm of Bond, Schoeneck & King, LLP, located at 111 Washington Avenue, Albany, New York, 12210-2280.

3.

That no disciplinary actions are pending against him before any State or Federal Court or Bar Association.

4.

That he has not appeared as counsel in other cases filed in this Court.

Further Affiant sayeth not.

This **15th** day of January, 2003.    _____
                                       Arthur J. Siegel - Affiant

Sworn to and subscribed before me this
**15th** day of January, 2003.

_____
Notary Public
My commission expires: **7/31/04**

MARGRET L. COAGER
Notary Public, State of New York
Qualified in Rensselaer Co. No. 4768047
Commission Expires July 31, 2004

131526.1 1/15/2003

Strain, P.O. Box 689, Cornelia, Georgia, 30531, Telephone No. 706-778-2601.

WHEREFORE, Plaintiffs request that their motion be granted and that Arthur J. Siegel be permitted to participate before this Court in the above-styled case.

This _21st_ day of January, 2003.

CATHEY & STRAIN
P.O. Box 689
Cornelia, GA 30531
(706) 778-2601

_____
DENNIS T. CATHEY
STATE BAR NO. 116600

_____
LISA J. BUCKO
STATE BAR NO. 093160

**ATTORNEYS FOR PLAINTIFFS**

## AFFIDAVIT OF ARTHUR J. SIEGEL

STATE OF NEW YORK

COUNTY OF ALBANY

Arthur J. Siegel, being first duly sworn on his oath, states that, if called to testify, he would testify to the following facts of his own personal knowledge:

1.

That he is a member in good standing of the Bar of the State of New York (State Bar No. 1963859), the United States District Court for the Northern District of New York, the Second Circuit Court of Appeals, the Court of Federal Claims, and the United States Supreme Court.

2.

That he is a member of the law firm of Bond, Schoeneck &  King, LLP, located at 111 Washington Avenue, Albany, New York, 12210-2280.

3.

That no disciplinary actions are pending against him before any State or Federal Court or Bar Association.

4.

That he has not appeared as counsel in other cases filed in this Court.

Further Affiant sayeth not.

This 15th day of January, 2003.

_____
Arthur J. Siegel - Affiant

Sworn to and subscribed before me this
15th day of January, 2003.

_____
Notary Public
My commission expires: 7/31/06

MARGRET L. COAGER
Notary Public, State of New York
Qualified in Rensselaer Co. No. 4768047
Commission Expires July 31, 2006

131526 1 1/15/2003

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

JOHN CONWAY FRITZ AND
VIRGINIA FRITZ

CASE NO. 2003A 2685

$78 DEPOSIT PAID

PLAINTIFF

Vs

FORD MOTOR COMPANY, TRW
AUTOMOTIVE, INC. AND
BREED TECHNOLOGIES, INC.

| TYPE OF SUIT: | | AMOUNT OF SUIT | |
|---|---|---|---|
| Account | ☐ | Principal | $_____ |
| Contract | ☐ | Interest | $_____ |
| Note | ☐ | Attys. Fees | $_____ |
| Tort | XXX | Court Costs | $_____ 0.00 |

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the CLERK of said court and serve upon the Plaintiff's attorney or upon Plaintiff if no attorney, to wit, whose name and address is:

DENNIS T. CATHEY          ARTHUR J. SIEGEL
LISA J. BUCKO            BOND, SCHOENECK & KING, LLP
CATHEY & STRAIN          111 WASHINGTON AVENUE
P.O. BOX 689             ALBANY, NY 12210-2280
CORNELIA, GA 30531

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. NOTE: Any corporate party served must be represented by a licensed attorney at law. (see Eckles v. Atlanta Technology Group, 267 Ga. 801)

This _____ *1-15-03* _____
                (Date)

_____
Clerk
State Court of Cobb County

12 East Park Square, Marietta, Georgia 30090-9632     (770) 528-1220     **Building B, First floor-Civil Division**

A:\general\summons.doc                                                            6-24-2002

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

JOHN CONWAY FRITZ and
VIRGINIA FRITZ                          :
                                        :
                                        :   CIVIL ACTION
        Plaintiffs                      :
                                        :
        vs.                             :
                                        :
                                        :
FORD MOTOR COMPANY, TRW                 :
AUTOMOTIVE, INC. and BREED              :
TECHNOLOGIES, INC.                      :   FILE NO. _03·A·2685_
                                        :
        Defendants                      :

## COMPLAINT FOR DAMAGES

Come now Plaintiffs and file their complaint against Defendants FORD MOTOR COMPANY (hereinafter "Ford"), TRW AUTOMOTIVE, INC. (hereinafter "TRW"), and BREED TECHNOLOGIES, INC. (hereinafter "BREED"), as follows:

### JURISDICTION

1.

At all times relevant herein, Plaintiffs were and are residents of Cobb County, Georgia.

2.

Defendant FORD is licensed to do business in the State of Georgia. FORD's registered agent is located in Cobb County, Georgia, and therefore FORD is subject to the jurisdiction and venue of this Court. FORD may be served by serving its registered agent as follows: Corporation Process Company, 180 Cherokee Street, N.E., Marietta, Georgia, 30060.

3.

Defendant TRW has its principal place of business in Livonia, Michigan. Defendant TRW is subject to the jurisdiction and venue of

this Court as a joint tortfeasor for reasons set forth below. This defendant may be served by serving its registered agent as follows: William B. Lawrence, TRW AUTOMOTIVE, INC., Cleveland, Ohio, 44124-2760.

4.

Defendant BREED has its principal place of business in Lakeland, Florida. Defendant BREED is subject to the jurisdiction and venue of this Court as a joint tortfeasor for reasons set forth below. Service of this Complaint may be made on BREED's registered agent as follows: Stuart D. Boyd, 5300 Allen K. Breed Highway, Lakeland, Florida, 33811.

FACTS

5.

Defendant FORD is engaged in the business of designing, assembling, manufacturing and selling automobiles to ultimate consumers and users, including Plaintiffs.

6.

Defendant FORD designs, assembles, manufactures and sells in its automobile, or causes to be designed, assembled, manufactured and sold in its automobiles, occupant restraint and protection systems, including but not limited to airbags, seatbelts, seat assemblies, bolsters, surrounding interior and all component parts relating thereto (hereinafter collectively referred to as "occupant protection system") for the protection of vehicle occupants.

7.

Defendant TRW designs, assembles, manufactures, and sells or

-2-

causes to be designed, assembled, manufactured or sold, occupant protection systems for the protection of vehicle occupants.

8.

Defendant BREED designs and manufactures airbags for the protection of vehicle occupants.

9.

Defendant FORD designed, manufactured, advertised, marketed, sold and placed into the stream of commerce a 1993 Ford Crown Victoria, Vehicle Identification No. 2FACP74W5PX132785 (hereinafter "the vehicle").

10.

Defendants TRW and BREED designed, manufactured, advertised, marketed, sold and placed into the stream of commerce the occupant protection system which was incorporated into the vehicle.

11.

The vehicle was first sold and delivered for use by a consumer on February 4, 1993.

12.

Plaintiff JOHN CONWAY FRITZ, at all times relevant herein, was the lawful owner and driver of the vehicle.

13.

On or about September 14, 2002, Mr. Fritz, while properly wearing his seatbelt, was lawfully driving the vehicle eastbound on Jamerson Road in Marietta, Georgia at a very low rate of speed when the vehicle left the road surface and came to a stop in a drainage ditch.

-3-

14.

Mr. Fritz came into violent contact with a deploying airbag, which caused him to sustain serious and permanent injuries.

STRICT LIABILITY

15.

Defendant FORD designed, manufactured, advertised, marketed, sold and placed into the stream of commerce the vehicle when it was not merchantable nor reasonably suited to the use for which it was intended and was otherwise defective and unreasonably dangerous. The vehicle was in this condition when it left FORD's possession, and the defective nature of the vehicle was the proximate cause of Plaintiffs' injuries.

16.

Defendants TRW and BREED designed, manufactured, advertised, marketed, sold and placed into the stream of commerce the occupant protection system which was incorporated into the vehicle when the occupant protection system was not merchantable nor reasonably suited to the use for which it was intended and was otherwise defective and unreasonably dangerous. The occupant protection system was in this condition when it left the possession of Defendant TRW and Defendant BREED, and the defective nature of the occupant protection system was the proximate cause of Plaintiffs' injuries.

17.

The vehicle and its occupant protection system were defectively manufactured. Rather than protecting the occupant, the

-4-

airbag deployed in a very low impact collision and caused severe injuries to Mr. Fritz.

18.

At all times relevant herein, Plaintiff was using the vehicle and its occupant protection system for the uses and purposes for which they were designed, manufactured, assembled, equipped, tested, inspected, serviced, maintained, repaired, and sold, in the manner in which they were intended to be used, and within the reasonable contemplation of Defendants.

19.

Defendants knew or should have known that it was essential to provide an occupant protection system that would not cause severe injury in a very low impact collision.

20.

Under these circumstances, the Defendants are strictly liable to Plaintiffs.

<u>NEGLIGENCE</u>

21.

Defendants were negligent in several ways, including but not limited to the following:

(a) in failing to employ that degree of care which is required of a reasonably prudent designer, manufacturer and seller in the design, manufacture, advertisement, marketing, sale and placement into the stream of commerce of the vehicle and its occupant protection system;

(b) in failing to adequately instruct and/or warn of the

-5-

potential danger(s) posed by the vehicle and its occupant protection system, particularly the fact that the occupant protection system could cause severe injury to an occupant in a low impact collision; and

(c) these negligent acts and/or omissions proximately caused Plaintiffs' injuries.

### JOINT AND SEVERAL LIABILITY

#### 22.

The above-described combined acts and/or omissions, jointly and severally, constitute the proximate cause of the incident in question and the Plaintiffs' injuries and damages.

### COMPENSATORY DAMAGES

#### 23.

As a result of the negligent acts and omissions described above, Mr. Fritz sustained serious and permanent injuries, suffered and will continue to suffer significant physical and mental pain and suffering, and suffered and will continue to suffer great emotional distress.

#### 24.

As a further result of the negligence described above, Plaintiffs incurred and will continue to incur significant medical expenses in connection with the care and treatment of Mr. Fritz.

#### 25.

As a further result of the negligence described above, Mr. Fritz suffered and will continue to suffer, a loss of earnings and a loss of earning capacity.

-6-

## PUNITIVE DAMAGES

### 26.

At some time prior to September 14, 2002, the Defendants obtained actual knowledge of the defective condition of the vehicle, including its occupant protection system, and had actual knowledge of the dangers posed by the deployment of the airbag and the operation of the occupant protection system in the event of a collision.

### 27.

The Defendant's failure under these circumstances to warn the public, including Plaintiffs, of the danger of the vehicle and its occupant protection system, shows willful misconduct, wantonness, oppression, or that entire want of care which raises the presumption of conscious indifference to consequences. Accordingly, Plaintiffs seek punitive damages pursuant to O.C.G.A. § 51-12-5.1.

## LOSS OF CONSORTIUM

### 28.

At all times relevant to this action, Plaintiff JOHN CONWAY FRITZ AND VIRGINIA FRITZ were married. As a result of the negligence described above and the injuries sustained by Mr. Fritz, Plaintiff VIRGINIA FRITZ lost the services, consortium and companionship of her husband.

WHEREFORE, Plaintiffs demand a trial by jury and judgment against the Defendants in such an amount as the jury finds to be just and equitable. Plaintiffs further demand the cost of this action and such other relief as the Court finds just and equitable.

-7-

CATHEY & STRAIN
P.O. Box 689
Cornelia, GA 30531
(706) 778-2601

DENNIS T. CATHEY
STATE BAR NO. 116600
LISA J. BUCKO
STATE BAR NO. 093160

ARTHUR J. SIEGEL
Bond, Schoeneck & King, LLP
111 Washington Avenue
Albany, New York 12210-2280
(518) 462-7421

**ATTORNEYS FOR PLAINTIFFS**

-8-

# CLERK OF THE STATE COURT OF COBB COUNTY
## CIVIL CASE INITIATION FORM
### AND
## GENERAL CIVIL CASE FILING INFORMATION FORM

*CASE NUMBER* 2003A2208-5

### *PLEASE PRINT OR TYPE*

All parties and addresses must be included. *(Please attach additional sheet if necessary)*

**PLAINTIFF(S)** (full name of plaintiff(s) and address(es)):
JOHN CONWAY FRITZ AND
VIRGINIA FRITZ

3840-802 Jiles Road

Kennesaw, GA 30144

*No. of Plaintiff's*  **2**

**DEFENDANT(S)** (full name of defendant(s) and address(es)):
FORD MOTOR COMPANY
c/o Corporation Process Company
180 Cherokee Street, N.E.
Marietta, GA 30060

(see attached for additional defendants)

*No. of Defendants*  **3**

## Case Type
### (Please check)

| | | |
|---|---|---|
| ☐ Abandoned Motor Vehicle (SA) | ☐ Foreclosure-Personal Property (SM) | ☐ Paternity (SZ) |
| ☐ Account (SB) | ☐ Immediate Writ of Possession (SO) | ☐ Personal Injury-Tort (TA) |
| ☐ Contract (SH) | ☐ Malpractice-Tort (SS) | ☒ Products Liability (TC) |
| ☐ Discovery (TK) | ☐ Mechanics Lien (ST) | ☐ Tort-Other (TG) |
| ☐ Distress (SI) | ☐ Medical Malpractice-Tort (SU) | ☐ Trover (TI) |
| ☐ Domestic Foreign Judgment (SJ) | ☐ Minor Settlement (SV) | ☐ Wrongful Death-Tort (TH) |
| ☐ Enforcement of Foreign Judgment (SK) | ☐ Note (SW) | |
| ☐ Dispossessory/Distress (SL/TT) | | |
| ☐ Garnishment (Continuing (SG), Regular (SN), Child support (SF) | | |
| ☐ Other Cause of Action (cite GA statute or give brief description) _____ | | |

**Does this case involve the same parties, or the same subject matter, or the same factual issues as any other case filed in this court? (Whether pending simultaneously or not.)**  ☐ Yes   ☒ No

If yes, please fill out the following:
1. **Case Number** _____
2. **Parties** _____ VS _____
3. **Assigned Judge** _____

☒**ATTORNEY**   OR   ☐**PRO SE'**
(Name, Address, Phone Number and Bar Number)
Dennis T. Cathey Bar No. 116600
Lisa J. Bucko Bar No. 093160
Cathey & Strain
P.O. Box 689
Cornelia, GA 30531   706-778-2601

ARTHUR J. SIEGEL
BOND, SCHOENECK & KING, LLP
111 WASHINGTON AVENUE
ALBANY, NY 12210-2280
TELEPHONE: 518-462-7421

**THIS DATA IS RELIED UPON FOR ACCURACY WHEN ENTERING INTO THE JUDICIAL SYSTEM DATABASE.**

Revised 10/23/02

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Notice of Removal in Courier New 12 point font upon all parties to this matter via U.S. Mail, postage prepaid to ensure delivery as follows:

Dennis T. Cathey, Esq.
Cathey & Strain
P.O. Box 689
Cornelia, Georgia 30531

Arthur J. Siegel, Esq.
Bond, Schoeneck & King, LLP
111 Washington Avenue
Albany, New York 12210-2280

This _21st_ day of February, 2003.

_____
Charles K. Reed, Esq.

4528920

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Notice of Filing Notice of Removal in Courier New 12 point font upon all parties to this matter via U.S. Mail, postage prepaid to ensure delivery as follows:

            Dennis T. Cathey, Esq.
            Cathey & Strain
            P.O. Box 689
            Cornelia, Georgia 30531

            Arthur J. Siegel, Esq.
            Bond, Schoeneck & King, LLP
            111 Washington Avenue
            Albany, New York 12210-2280

This  21st  day of February, 2003.


                        _____
                        Charles K. Reed, Esq.

4528953

**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEB 2 1 2003

JOHN CONWAY FRITZ and
VIRGINIA FRITZ,

    Plaintiffs,

vs.

FORD MOTOR COMPANY, TRW
AUTOMOTIVE, INC. and BREED
TECHNOLOGIES, INC.,

    Defendants.

LUTHen D. THOMAS, Clerk
By: _____ Deputy Clerk

CIVIL ACTION
FILE NO.: **1:03-CV-0492**

**BBM**

)
)
)
)
)
)
)
)
)
)
)
)

## CONSENT TO REMOVAL

    COME NOW TRW Automotive, Inc. and Breed Technologies, Inc.

and hereby consent to the removal which is being filed by Ford

Motor Company.

    This 21st day of February, 2003.

Counsel for TRW AUTOMOTIVE, INC.:

_____
Charles B. Marsh, Esq.
Georgia Bar No.: 471280
Swift, Currie, McGhee & Heirs, LLP
Suite 300 - The Peachtree
1355 Peachtree Street, NE
Atlanta, Georgia 30309
*(signed w/express permission by F. Faison Middleton, IV)*

[signatures continued on next page]

Counsel for BREED TECHNOLOGIES, INC.:

_____
Thomas Mazziotti, Esq.
Georgia Bar No. 479893
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
*(signed w/express permission by F. Faison Middleton, IV)*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing CONSENT TO REMOVAL in Courier New 12 point font was served upon all parties to this matter via U.S. Mail, postage prepaid to ensure delivery as follows:

> Dennis T. Cathey, Esq.
> Lisa J. Bucko, Esq.
> Cathey & Strain
> P.O. Box 689
> Cornelia, Georgia 30531

> Arthur J. Siegel, Esq.
> Bond, Schoeneck & King, LLP
> 111 Washington Avenue
> Albany, New York 12210-2280

This 21st day of February, 2003.

_____
Charles K. Reed, Esq.